IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE WASHINGTON UNIVERSITY, )<br>)<br>    Defendant. )<br>_____ ) | Case No. _____ |

**LOCAL RULE 65.1**

NOW COMES Plaintiff John Doe, by and through undersigned counsel, and pursuant to Local Rule 65.1, hereby certifies that counsel for Plaintiff, Matthew Kaiser, provided a courtesy copy of the pleadings being filed in this case, before filing this case and appearing in this Court, on the Defendant through its Office of General Counsel, via fax and email.  These documents were sent via both email and fax to Toi Carter, Esq., an attorney in the Office of General Counsel, on April 8, 2011, at approximately 8:45 a.m.  Ms. Carter was also called, and a message was left on her voice mail.  At 8:49 a.m., Mr. Kaiser sent an email to Ms. Carter, requesting confirmation of receipt of the fax and email attaching these documents.  At 9:20 a.m., Ms. Carter emailed back, confirming her receipt of Mr. Kaiser's email and its attached documents.

This 8th day of April, 2011.

Respectfully submitted,

_____
Gregory S. Smith
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C. 20003
Telephone:  (202) 460-3381
Facsimile: (877) 809-9113
gregsmithlaw@verizon.net

_____
Matthew G. Kaiser
D.C. Bar No. 486272
The Kaiser Law Firm PLLC
910 17th Street NW, Suite 800
Washington, DC 20006
(202) 640-2850
(202) 280-1034 (Facsimile)
mkaiser@thekaiserlawfirm.com