IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| John Doe,<br>        Plaintiff, | )<br>)<br>)<br>) |  |
| v. | )<br>) | Case No. _____ |
| George Washington University,<br>        Defendant. | )<br>)<br>)<br>)<br>) |  |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for a Temporary Restraining Order and

Preliminary Injunction, and in consideration of Federal Rule of Civil Procedure 65(b); the

Court finds that:

(1)     The Plaintiff has a likelihood of success on the merits of his case, based on

the evidence submitted to the Court as a part of Plaintiff's Motion for a Temporary

Restraining Order and Preliminary Injunction;

(2)     The Plaintiff will suffer irreparable harm in the form of having all

completed academic work invalidated and the denial of any credit for the current Spring

Semester 2011;

(3)     The Defendant will not suffer appreciable harm if Plaintiffs' injunctive

relief is granted, since Defendant has already received the full tuition and related

payments due from John Doe for the current academic semester, and John Doe also has

remained on the GWU campus since the date of the incident over five months ago, and

only a few weeks still remain in the current academic semester, and

(4)  the public interest will be served by assuring that an innocent student is not wrongfully found in violation of a disciplinary offense, and that justice is done.

As a result, it is hereby ORDERED that, until further Order of this Court:

(A)      Plaintiff's Motion for a Temporary Restraining Order is Granted;

(B)      Defendant George Washington University shall not suspend the plaintiff from school, and its faculty shall not decline or refuse to grade John Doe's academic submissions;

(C)      Defendant George Washington University shall not evict the plaintiff from his dormitory room on the George Washington University campus; and

(D)      Defendant George Washington University shall not place a notation on the plaintiff's academic transcript, or other academic records, noting that he was found in violation of the George Washington University Student Disciplinary Code.

This Order was issued on the _____ day of April, 2011 at ____ a.m./p.m.  It expires no later than April _____, 2011 (two weeks after the date that it was issued) or at the conclusion of a hearing on Plaintiff's motion for a preliminary injunction.


_____
United States District Judge