IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE WASHINGTON UNIVERSITY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 11-CV-696 (RLW) |

## JOINT REPORT

Pursuant to the Court's June 20, 2011, Order, the parties report that they have concluded their discussions and reached agreement resolving this litigation. Pursuant to that agreement, the parties will file a stipulation of dismissal shortly.

Respectfully submitted,

| | |
|---|---|
| /s/Henry Morris, Jr. | /s/ Gregory S. Smith |
| Henry Morris, Jr. (D.C. Bar # 375894) | Gregory S. Smith, D.C. Bar No. 472802 |
| Donald B. Mitchell, Jr. (D.C. Bar # 358751) | |
| Kristine J. Dunne (D.C. Bar # 471348) | **Law Offices of Gregory S. Smith** |
| | 913 East Capitol Street, S.E. |
| **Arent Fox LLP** | Washington, D.C. 20003 |
| 1050 Connecticut Avenue, N.W. | Telephone: (202) 460-3381 |
| Washington, D.C. 20036-5339 | Facsimile: (877) 809-9113 |
| Telephone: (202) 857-6000 | gregsmithlaw@verizon.net |
| Facsimile: (202) 857-6395 | |
| | Matthew G. Kaiser, D.C. Bar No. 486272 |
| *Attorneys for The George Washington University* | |
| | **The Kaiser Law Firm PLLC** |
| | 910 17th Street NW, Suite 800 |
| | Washington, DC 20006 |
| | Telephone: (202) 640-2850 |
| | Facsimile: (202) 280-1034 |
| | mkaiser@thekaiserlawfirm.com |
| | |
| | *Attorneys for John Doe* |

LDR/339414.2