# IN THE
# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:11-CV-00696 (RLW) |
| GEORGE WASHINGTON UNIVERSITY, ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL, WITH PREJUDICE

The parties, through their respective undersigned counsel, hereby stipulate to the dismissal of the above-captioned case, with prejudice. Each party shall bear its or his own attorneys' fees and costs.

Respectfully submitted,

___/s/Henry Morris, Jr.___  
Henry Morris, Jr. (D.C. Bar # 375894)  
Donald B. Mitchell, Jr. (D.C. Bar # 358751)  
Kristine J. Dunne (D.C. Bar # 471348)  

**Arent Fox LLP**  
1050 Connecticut Avenue, N.W.  
Washington, D.C. 20036-5339  
Telephone: (202) 857-6000  
Facsimile: (202) 857-6395  

*Attorneys for The George Washington University*

___/s/ Gregory S. Smith___  
Gregory S. Smith, D.C. Bar No. 472802  

**Law Offices of Gregory S. Smith**  
913 East Capitol Street, S.E.  
Washington, D.C. 20003  
Telephone: (202) 460-3381  
Facsimile: (877) 809-9113  
gregsmithlaw@verizon.net  

Matthew G. Kaiser, D.C. Bar No. 486272  

**The Kaiser Law Firm PLLC**  
910 17th Street NW, Suite 800  
Washington, DC 20006  
Telephone: (202) 640-2850  
Facsimile: (202) 280-1034  
mkaiser@thekaiserlawfirm.com  

*Attorneys for John Doe*